

# NUMBERS 13-18-00258-CR & 13-18-00259-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

GEORGE ANDREW DAY,                                                    Appellant,

v.

THE STATE OF TEXAS,                                                    Appellee.

---

### On appeal from the 156th District Court
### of Bee County, Texas.

---

# ORDER

**Before Chief Justice Contreras and Justices Benavides and Hinojosa**
**Order Per Curiam**

These two causes are before the Court on the record and appellant's brief. Appellant's consolidated brief was filed in both causes on October 24, 2018. The State has not filed a brief in either cause. The Court, having fully examined the record and appellant's brief hereby ORDERS the State to file its brief with this Court on or before June 12, 2019.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
13th day of May, 2019.